IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WILLIAM MARSHALL and TRACI MARSHALL, <br><br> Plaintiffs, <br><br> vs. <br><br> WINN-DIXIE STORES, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION FILE NUMBER: <br> : 1:20cv-108 <br> : <br> : <br> : |

**STIPULATION OF DISMISSAL**

COMES NOW Plaintiffs William Marshall and Traci Marshall, and Defendant Winn-Dixie Stores, Inc. in the above-styled civil action, by and through their undersigned counsel of record and, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-styled civil action <u>with prejudice</u>. The parties further agree and stipulate that each party hereto shall be responsible for their own attorneys' fees and costs.

SO STIPULATED AND AGREED, this 12th day of March, 2021.

SO ORDERED this /8th day
of March, 2021,

_____
W. Louis Sands, SR. Judge
United States District Court

/s/ Alexander R. Nemajovsky
Alexander R. Nemajovsky
Georgia Bar No. 538228
Phillips & Nemajovsky, P.C.
532 Pine Avenue
Albany, GA 21701
229-439-9100 (ph)
229-439-0048 (fax)
alex@pnpclaw.com
*Attorneys for Plaintiffs*

*Stipulation of Dismissal*, **page 1 of 3**

/s/ G. Robert Ryan, Jr.
G. Robert Ryan, Jr., Esq.
Georgia Bar No. 727030
Ryan Law Firm LLC
106 Webster Street
Post Office Box 2680
Valdosta, GA 31604
(229) 232-4310
(229) 232-4312 (fax)
rryan@ryan-lawllc.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record with a copy of the within and foregoing *STIPULATION OF DISMISSAL* by electronically filing with the clerk of court using the CM/ECF system and/or by electronic mail, to:

> Alexander R. Nemajovsky
> Phillips & Nemajovsky, P.C.
> 532 Pine Avenue
> Albany, GA 21701
> alex@pnpclaw.com

This 18th day of March, 2021.

> Attorneys for Defendant
> /s/ G. Robert Ryan, Jr.
> Georgia Bar No. 727030