IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WILLIAM MARSHALL and TRACI MARSHALL, <br><br> Plaintiff, <br> v. <br><br> WINN DIXIE STORES, INC., <br><br> Defendant. | * <br> * <br> Case No. 1:20-CV-108(WLS) <br> * <br><br> * <br><br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 18, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of March, 2021.

                                                            David W. Bunt, Clerk

                                                            s/ William C. Lawrence, Deputy Clerk